Page 1 of 2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SEA OATS WEST CONDOMINIUM
ASSOCIATION,

    Plaintiff,

vs.                                  CASE NO.: 3:06cv506/MCR/EMT

OLD DOMINION INSURANCE
COMPANY,

    Defendant.
_____/

**O R D E R**

       This cause of action was initially filed November 13, 2006. Pursuant to the parties' proposed discovery plan, the court granted an extended period of discovery through January 31, 2008, and placed this case on the court's July 21, 2008, trial docket. The court later granted various requests for extensions to discovery and to file motions for appraisal, and on April 2, 2008, granted the parties' joint motion to stay proceedings pending settlement negotiations. The matter is now before the court on the individual status reports filed by the parties, each containing requests to continue the stay. Before any further action is taken in this matter, the court will require counsel to attend a Rule 16 conference. Accordingly, it is

       ORDERED:

       1.    Pursuant to the court's April 2, 2008, order granting a stay of proceedings, this case is removed from the court's July 21, 2008, trial docket.

2.	A Rule 16 conference will be conducted on Monday, July 21, 2008, at 1:00 PM, in Chambers 4 North, United States District Courthouse, One North Palafox Street, Pensacola, Florida.

DONE and ORDERED this 12th day of June, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**