**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SEA OATS WEST CONDOMINIUM
ASSOCIATION,

    Plaintiff,

vs.                                      CASE NO.: 3:06cv506/MCR/EMT

OLD DOMINION INSURANCE
COMPANY,

    Defendant.
    _____/

**O R D E R**

    This matter is before the court on the Agreement of Parties to Submit Claim to Appraisal (doc. 35) wherein they advise that the parties have reached an agreement on the scope of damages and have further agreed that the claim should be submitted to the appraisal process set forth in article VII.P. of the SFIP.  The parties have identified their respective appraisers and have agreed that said appraisers shall immediately proceed with the appraisal of the claim, including the selection of an umpire.  Upon consideration, the court will approve the parties' proposal concerning the appraisal process.  Accordingly, it is

    ORDERED:

    1.    Pursuant to the agreement of the parties, this claim shall be submitted for resolution through the appraisal process set forth in Article VII.P. of the SFIP.  Upon completion of the appraisal, the parties shall notify the court of the settlement and file appropriate motions and pleadings to dismiss this action.

2. All proceedings in this action shall remain STAYED until the completion of the appraisal process.

DONE and ORDERED this 26th day of August, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNTIED STATES DISTRICT JUDGE**